

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
ACTING UNITED STATES ATTORNEY

*Junis L. Baldon*
*Assistant United States Attorney*

*402 East State Street, Room 430*    *main: (609) 989-2190*
*Trenton, NJ 08608*    *fax: (609) 989-2275*
*junis.baldon2@usdoj.gov*


September 19, 2025

**VIA ELECTRONIC FILING**
Melissa Rhoads, Clerk of Court
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

> Re: ***Pipps*** v. ***Warden, FCI Fairton***, **No. 2:25-cv-00735**
> **Release of Petitioner Craig Pipps**

Dear Ms. Rhoads:

The U.S. Attorney's Office represents Respondent, Warden, FCI Fairton, in the above-captioned matter.  In the Order to Answer, ECF No. 6 at 3, the Court ordered our office to "electronically file a written notice" with the Clerk of Court regarding Pipps' release from the custody of the Bureau of Prisons (BOP).  As the attached screenshot from BOP's Inmate Locator shows, Pipps was released from federal prison and BOP's custody on September 12, 2025.  Inmate Locator Screenshot, attached as Ex. 1.

Please let us know if the Court requires additional information.

Respectfully submitted,

TODD BLANCHE
United States Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney


By: s/Junis L. Baldon
JUNIS L. BALDON
Assistant United States Attorney
Civil Division

2